NO. 07-11-0049-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 31, 2011
_____

IN THE INTEREST OF P.M., A.M., AND K.M., CHILDREN
_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 77,390-E; HONORABLE DOUGLAS WOODBURN, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, W.M., perfected this appeal from the trial court's order terminating his parental rights to his children, P.M., A.M., and K.M.[1]  Pending before this Court is W.M.'s *Motion to Dismiss Appeal*, in which he represents that he no longer wishes to pursue this appeal.  Without passing on the merits of the case, the motion is granted and the appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).  Having dismissed the appeal

---

[1]To protect the privacy of the parties in this case, we identify them by their initials.  *See* Tex. Fam. Code Ann. § 109.002(d) (West 2008); Tex. R. App. P. 9.8(b)(1).

at W.M.'s request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Patrick A. Pirtle
Justice